Estelle Bloomer, Plaintiff in Error, v. Louis H. Verrick and Anton J. Cermak, Bailiff, Defendants in Error.

Gen. No. 21,549.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN STELK, Judge, presiding. Heard in 'the Branch Appellate Court at the March term, 1916. Affirmed. Opinion filed March 20, 1917.

### Statement of the Case.

Action by Estelle Bloomer, plaintiff, against Louis H. Verrick and Anton J. Cermak, bailiff of the Municipal Court of Chicago, defendants, for trial of right of property taken on execution issued upon a judgment in favor of Verrick against Matthew Bloomer. From a judgment for defendants, plaintiff brings error.

FRANCIS E. CROARKIN, for plaintiff in error.

WILLIAM F. ADER, for defendants in error.

MR. JUSTICE McGOORTY delivered the opinion of the court.

### Abstract of the Decision.

1. EXECUTION, § 127*—*when evidence is sufficient to show that property levied upon was copartnership property.* The evidence *held* to sustain the finding that certain property levied upon was the copartnership property of the plaintiff and her husband, in an action for trial of the right to such property.

2. EXECUTION, § 128*—*what does not constitute a determination that property belongs to defendant in execution.* On a trial of right of property, a finding that the property levied upon is partnership property does not determine that the property belongs to an individual partner, the defendant in execution.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.